| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.N. LBR 9004-1(b)**<br>Rebecca A. Solarz, Esq.<br>Denise Carlon, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>rsolarz@kmllawgroup.com<br>dcarlon@kmllawgroup.com<br>bnicholas@kmllawgroup.com<br>Attorneys for Ditech Financial LLC | |
| In Re:<br>Yefim I. Rotsenmar<br><br>                             Debtor | Case No: <u>18-10332 CMG</u><br><br>Chapter: <u>13</u><br><br>Judge: Christine M. Gravelle |

## NOTICE OF APPEARANCE

   Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Ditech Financial LLC.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

99 Cotswold Circle, Ocean Township, NJ 07712

DOCUMENTS:

☐  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐  All documents and pleadings of any nature.
Date:01/26/2018

                                                                                **/s/ Rebecca A. Solarz, Esquire**
                                                                                Rebecca A. Solarz, Esquire
                                                                                Denise Carlon, Esquire
                                                                                Brian C. Nicholas, Esquire
                                                                                **KML Law Group, P.C.**
                                                                                216 Haddon Avenue, Ste. 406
                                                                                Westmont, NJ 08108
                                                                                (609) 250-0700 (NJ)
                                                                                (215) 627-1322 (PA)
                                                                                FAX: (609) 385-2214
                                                                                Attorney for Movant/Applicant

*new 8/1/15*