UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Ditech Financial LLC

In Re:

Yefim Rotsenmar,

Debtor.

Case No.:     18-10332-CMG

Chapter:     13

Hearing Date:     7/18/2018

Judge:     Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Objection to Confirmation (Docket # 20)

_____

Date: 7/17/2018

/s/ Denise Carlon
Signature

*rev.8/1/15*