| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2018 to 12/31/2018

**Chapter 13 Case No. 18-10332 / CMG**

Yefim I. Rotsenmar
99 Cotswold Circle
Ocean  NJ    07712

Petition Filed Date: 01/08/2018
341 Hearing Date: 02/08/2018
Confirmation Date: 07/18/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/01/2018 | $166.00 | 24885582930 | 03/01/2018 | $166.00 | 24885590670 | 04/02/2018 | $166.00 | 24885598948 |
| 05/03/2018 | $166.00 | 25110484108 | 06/05/2018 | $166.00 | 25110489655 | 06/29/2018 | $166.00 | 25110498870 |
| 07/31/2018 | $166.00 | 25299238893 | 09/04/2018 | $298.00 | 25299247680 | 10/15/2018 | $298.00 | 25436490840 |
| 11/14/2018 | $298.00 | 25600975391 | 12/18/2018 | $297.00 | 25600980442 | | | |

**Total Receipts for the Period: $2,353.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $2,651.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Yefim I. Rotsenmar | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | George E Veitengruber III<br>»» ATTY DISCLOSURE | Attorney Fees | $2,000.00 | $1,919.38 | $80.62 |
| 1 | DITECH FINANCIAL LLC<br>»» 99 COTSWOLD CIRCL/1ST MTG/ORD 7/27/18 | Mortgage Arrears<br>No Disbursements: Pending Loan Mod. | $176,404.29 | $0.00 | $176,404.29 |
| 2 | BELLA ROTSENMAR | Support Arrears | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-10332 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,651.00 | Plan Balance: | $14,383.00 ** |
| Paid to Claims: | $1,919.38 | Current Monthly Payment: | $297.00 |
| Paid to Trustee: | $178.27 | Arrearages: | $127.00 |
| Funds on Hand: | $553.35 | Total Plan Base: | $17,034.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**