

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** <br> Friedman Vartolo LLP <br> 85 Broad Street- Suite 501 <br> New York, New York 10004 <br> bankruptcy@friedmanvartolo.com <br> T: (212) 471-5100 <br> F: (212) 471-5150 <br> Attorneys for Secured Creditor BSI Financial Services as Servicer for U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust |
| In Re: <br><br> Yefim I. Rotsenmar <br><br> Debtor(s) |

Order Filed on January 3, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-10332

Chapter: 13

Hearing Date:
December 18, 2019 at 9:00 AM

Hon. Judge:
Christine M. Gravelle

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: January 3, 2020**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

|  |  |
|---|---|
| Applicant: | BSI Financial Services |
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | George E Veitengruber, III |
| Property (Collateral): | 99 Costwold Circle, Ocean Township, NJ 07712 |

Relief Sought:
- Relief from Automatic Stay

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of Post-Petition Arrearages:

- The Debtor is overdue for **2** months, **November 1, 2019 – December 1, 2019**.
- The Debtor is overdue for **2** payments at **$1,532.54** per month.
- Less fund held in debtor(s) suspense at **$749.28**.
    Total Arrearages Due: **$2,315.80**

2. Cure for Post-Petition Arrearages:

- The remaining **$2,315.80** in arrears shall be capitalized into the Debtor's Chapter 13 Plan. Debtor shall file a modified plan reflecting this new amount within 14 days of the entry of this order.
- Beginning on **January 1, 2020**, regular monthly payments shall resume in the amount of **$1,532.54**, or as further defined by the terms of the Note, Mortgage, or any payment change notices.

3. Payments to the Secured Creditor shall be made to the following address:

- Payments:  BSI Financial Services
  314 S. Franklin Street
  P.O. Box 517
  Titusville, PA 16354

In the event of default:

    If the Debtor(s) fails to make the regular monthly payments within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtor(s)'s failure to comply with this Order. At the time the Certification is filed with the

Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor(s), and the Debtor(s)'s Attorney.

4. Award of Attorney's Fees:
- The Applicant is awarded Attorney's Fees in the amount of **$350.00** and Attorney's Costs in the amount of **$181.00**. The fees and costs are payable through the Chapter 13 Plan.

The undersigned hereby consent to the form and entry of the foregoing order.

_____
George E Veitengruber, III
*Attorney for Debtor*

/s/ Jonathan Schwalb, Esq.
Jonathan Schwalb, Esq.
*Attorney for Secured Creditor*

United States Bankruptcy Court
District of New Jersey

In re:  
Yefim I. Rotsenmar  
    Debtor

Case No. 18-10332-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 03, 2020  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2020.  
db         +Yefim I. Rotsenmar,    99 Cotswold Circle,    Ocean, NJ 07712-2649

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2020                                                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2020 at the address(es) listed below:  
           Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com  
           Albert   Russo    docs@russotrustee.com  
           Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
           George E Veitengruber, III    on behalf of Debtor Yefim I. Rotsenmar  
            bankruptcy@veitengruberlaw.com,   knapolitano15@gmail.com  
           Jonathan C. Schwalb    on behalf of Creditor    BSI Financial Services  
            bankruptcy@friedmanvartolo.com  
           Jonathan C. Schwalb    on behalf of Creditor    BSI Financial Services, as servicer for US Bank  
            Trust National Association as Trustee of Cabana Series III Trust bankruptcy@friedmanvartolo.com  
           Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                     TOTAL: 8