Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18−10332−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Yefim I. Rotsenmar
   99 Cotswold Circle
   Ocean, NJ 07712

Social Security No.:
   xxx−xx−3327

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 26, 2019.

On January 10, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:                    February 19, 2020
Time:                       10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: January 13, 2020
JAN: pbf

                                                            Jeanne Naughton
                                                            Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                            Case No. 18-10332-CMG
Yefim I. Rotsenmar                                                Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                 Page 1 of 1              Date Rcvd: Jan 13, 2020
                              Form ID: 185                Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2020.
db             +Yefim I. Rotsenmar,    99 Cotswold Circle,    Ocean, NJ 07712-2649
cr             +BSI Financial Services,    Friedman Vartolo LLP,    85 Broad Street,    Suite 501,
                 New York, NY 10004-1734
cr             +BSI Financial Services, as servicer for US Bank Tr,    c/o Friedman Vartolo LLP,
                 1325 Franklin Avenue, Suite 230,    Garden City, NY 11530-1631
lm             +DITECH FINANCIAL,    Po Box 6176,   Rapid City, SD 57709-6176
517265392      +Ditech,    P.O. Box 6176,   Rapid City, SD 57709-6176
517265394      +Monmouth County Sheriff's Office,    2500 Kozloski Road,    Freehold, NJ 07728-4424
517265395      +N.J. Division of Taxation,    Bankruptcy Section,    P.O. Box 245,    Trenton, NJ 08695-0245
517265396      +Stern, Lavinthal & Frankenberg LLC,    105 Eisenhower Parkway,    Suite 302,
                 Roseland, NJ 07068-1640
518547198      +U.S. Bank Trust National Association,    Trustee of the Cabana Series III Trust,
                 c/o BSI Financial Services,    314 S. Franklin Street,    P.O. Box 517,
                 Titusville, PA 16354-0517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 13 2020 23:54:05     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 13 2020 23:54:03     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517331518       E-mail/Text: bankruptcy.bnc@ditech.com Jan 13 2020 23:53:32
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
517265393      +E-mail/Text: cio.bncmail@irs.gov Jan 13 2020 23:53:29     Internal Revenue Service,
                 P.O Box 7346,    Philadelphia, PA 19101-7346
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518547199*     +U.S. Bank Trust National Association,    Trustee of the Cabana Series III Trust,
                 c/o BSI Financial Services,    314 S. Franklin Street,    P.O. Box 517,
                 Titusville, PA 16354-0517
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2020 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              George E Veitengruber, III    on behalf of Debtor Yefim I. Rotsenmar
               bankruptcy@veitengruberlaw.com, knapolitano15@gmail.com
              Jonathan C. Schwalb    on behalf of Creditor    BSI Financial Services
               bankruptcy@friedmanvartolo.com
              Jonathan C. Schwalb    on behalf of Creditor    BSI Financial Services, as servicer for US Bank
               Trust National Association as Trustee of Cabana Series III Trust bankruptcy@friedmanvartolo.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8
```